FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 21, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRISSTARAH B., <br><br> v. <br><br> ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 2:20-CV-0188-JTR <br><br> ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 16. Attorney Gary R. Penar represents Plaintiff; Special Assistant United States Attorney Thomas M. Elsberry represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 6. After considering the file and proposed order, **IT IS ORDERED:**

1.  The parties' Stipulated Motion for Remand, **ECF No. 16**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) will hold a *de novo* hearing and issue a new decision. The ALJ shall: (1) reevaluate the medical evidence of record, including records of Dr. Arnold, Dr. Bruner, and counselor Stenzel; (2) reevaluate Plaintiff's subjective allegations of limitation in light of the reevaluated medical evidence; and (3) recommence with the sequential evaluation process and,

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

if warranted, obtain vocational expert testimony.  Plaintiff may present additional testimony and submit additional evidence, and the ALJ may take any further action needed to complete the administrative record.

    2.    **Judgment shall be entered for PLAINTIFF**.

    3.    Plaintiff's Motion for Summary Judgment, **ECF No. 15**, is **STRICKEN AS MOOT**.

    4.    An application for attorney fees and costs may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED April 21, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2